**BRADLEY GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Dr., Suite 240
Westlake Village, California  91301
Telephone:  (805) 270-7100
Facsimile:   (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiff Angela Carroll*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CARROLL, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION, a Delaware corporation<br>          Defendants. | **CASE NO. 2:20-CV-07133 JWH(AFMx)**<br><br>**(Assigned for all purposes: Hon. John W. Holcomb**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Angela Carroll and Defendants Bank of America, National Association; and Bank of America Corporation (collectively, the "Parties") have an agreement in principle to settle the above-captioned matter. Subject to the preparation and signing of a formal written settlement agreement the Parties anticipate that a dismissal will be filed within the next two weeks. Accordingly, the Parties respectfully request that the Court stay or vacate all pending case management deadlines.

DATED: June 25, 2021                **BRADLEY GROMBACHER LLP**

By: */s/ Kiley L. Grombacher*
    Marcus J. Bradley, Esq.
    Kiley L. Grombacher
    Attorneys for Plaintiff

DATED: June 25, 2021                **MCGUIRE/WOODS LLP**

By: */s/Matthew C. Kane*
    Matthew C. Kane, Esq.
    Sylvia J. Kim, Esq.
    Amy E. Beverlin, Esq.
    Kerri H. Sakaue, Esq.
    Attorneys for Defendants

## SIGNATURE ATTESTATION

I, Kiley L. Grombacher, attest that I have obtained concurrence in the filing of this Notice of Settlement from Matthew C. Kane and approval to affix his electronic signature to this filing.

DATED: June 25, 2021

By: */s/ Kiley L. Grombacher*
      Marcus J. Bradley