1  **BRADLEY GROMBACHER, LLP**
2  Marcus J. Bradley, Esq. (SBN 174156)
   Kiley L. Grombacher, Esq. (SBN 245960)
3  31365 Oak Crest Dr., Suite 240
4  Westlake Village, California  91301
   Telephone:  (805) 270-7100
5  Facsimile:   (805) 270-7589
6  mbradley@bradleygrombacher.com
   kgrombacher@bradleygrombacher.com
7
8  *Attorneys for Plaintiff Angela Carroll*

9  **MCGUIREWOODS LLP**
   Matthew C. Kane, Esq. (SBN 171829)
10 Amy E. Beverlin, Esq. (SBN 284745)
11 Kerri H. Sakaue, Esq. (SBN 301043)
   Email: mkane@mcguirewoods.com
12 Email: abeverlin@mcguirewoods.com
   Email: ksakaue@mcguirewoods.com
13 1800 Century Park East, 8th Floor
14 Los Angeles, CA 90067
   Tel:    (310) 315-8200
15 Fax:    (310) 315-8210

   **MCGUIREWOODS LLP**
   Sylvia J. Kim (SBN 258363)
   Email:  skim@mcguirewoods.com
   2 Embarcadero Center, Suite 1300
   San Francisco, CA 94111-3821
   Telephone: (415) 844-9944
   Facsimile: (415) 844-9922

16
17 *Attorneys for Defendant Bank of America. N.A. (erroneously sued herein as BANK OF AMERICA, NATIONAL ASSOCIATION)*
18

19 **UNITED STATES DISTRICT COURT**

20 **CENTRAL DISTRICT OF CALIFORNIA**

21 ANGELA CARROLL, an individual, on her own behalf and on behalf of all others similarly situated,

   Plaintiff,

   v.

   BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION, a Delaware corporation

   Defendants.

   **CASE NO. 2:20-CV-07133-JWH(AFMx)**

   *(Assigned for all purposes: Hon. John W. Holcomb)*

   **STIPULATED DISMISSAL**
   *(Filed Under Separate Cover: [PROPOSED] ORDER)*

   Action filed: August 7, 2020
   Trial Date: None

-1-
**STIPULATED DISMISSAL**

WHEREAS, Plaintiff Angela Carroll ("Plaintiff") filed this putative class action in the United States District Court Central District of California, on August 7, 2020;

WHEREAS, the Court has never certified any class in the above-entitled action under Federal Rule of Civil Procedure 23;

WHEREAS, Plaintiff and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties") have agreed to settle this action on an individual basis; and

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE that the above-entitled action shall be and hereby is dismissed with prejudice as to Plaintiff's individual claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that no notice need issue to the putative class. *See* Rule 23 Advisory Committee Notes, 2003 Amendments (requiring court approval only if the claims "of a certified class are resolved by a settlement, voluntary dismissal, or compromise").

Dated: September 10, 2021

                                         **BRADLEY/GROMBACHER, LLP**

                                 By:  */s/ Kiley L. Grombacher*
                                                 Marcus J. Bradley, Esq.
                                                 Kiley L. Grombacher, Esq.
                                                 Attorneys for Plaintiff
                                                 Angela Carroll

| | | |
|---|---|---|
| 1 | Dated: September 10, 2021 | **MCGUIREWOODS LLP** |
| 2 | | |
| 3 | | By:   */s/ Kerri H. Sakaue* |
| | | Matthew C. Kane, Esq. |
| 4 | | Amy E. Beverlin, Esq. |
| 5 | | Kerri H. Sakaue, Esq. |
| | | Sylvia J. Kim, Esq. |
| 6 | | Attorneys for Defendant |
| 7 | | Bank of America, N.A. |

-3-
**STIPULATED DISMISSAL**

## SIGNATURE CERITIFICATION

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby certify that the content of this document is acceptable to McGuireWoods LLP, counsel for Defendant, and that I have obtained Ms. Sakaue' s authorization to affix his electronic signature to this document.

Dated: September 10, 2021

                                          */s/ Kiley L. Grombacher*
                                          Kiley Lynn Grombacher
                                          Counsel for Plaintiff